Natalie DAVIS, Clyde Taylor, Benjamin Robinson, Richard Davison, Mary Hoosack, Charles Colder, Farlea Howie, Elroy Savage, Helen Myers, Monica Androski, and Kenneth Miller

v.

CHESTER UPLAND SCHOOL DISTRICT, Jeffrey Leggette, Kirkwood Cottman, Andrea Golson, Fred Moon, Donald Masse, Charles Davis, and Joscelyn Keeve Bagley.

Petition of Chester Upland School District, Jeffrey Leggette, Kirkwood Cottman, Andrea Golson, Fred Moon, Donald Masse and Charles Davis.

Supreme Court of Pennsylvania.

Jan. 2, 2001.

### ORDER

PER CURIAM:

AND NOW, this 2nd day of January, 2001, the Petition for Allowance of Appeal is granted, limited to the following issue:

Whether a party subject to a collective bargaining agreement that contains a grievance procedure can pursue a declaratory judgment action to litigate a work-related issue?